DOMINICK ESTRADA
(Name)
375 S. Melrose dr
(Address)
Vista, CA 92083
(City, State, Zip)
24779020
(CDCR / Booking / BOP No.)



**FILED**

AUG 3 0 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# United States District Court
## Southern District of California

Estrada Dominick
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

County of sandiego,
sheriff Deputy Kelly Martinez
Carlsbad police Dept,
several unknown police officers
(Enter full name of each defendant in this action.)

Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Case No. **'24CV1558 MMALR**
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____.

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, DOMINICK Estrada
(print Plaintiff's name)
_____, who presently resides at 375. S. Melrose dr.
(mailing address or place of confinement)
_____, were violated by the actions of
the below named individuals. The actions were directed against Plaintiff at Carlsbad CA

Carlsbad _____ on (dates) 7/12/24  7/13/24 and _____.
(institution/place where violation occurred)    (Count 1)    (Count 2)    (Count 3)

§ 1983 SD Form
(Rev. 8/15)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant COUNTY OF SANDIEGO resides in SAN DIEGO ,
(name)                            (County of residence)
and is employed as a COUNTY OF SAN DIEGO . This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: Failure to hire sheriff And properly
train Medical personel + Deputies
.

Defendant Kelly Martinez resides in SAN DIEGO ,
(name)                            (County of residence)
and is employed as a Sheriff of SAN Diego. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: Failure to train Deputies And hire
Adequat Medical care
.

Defendant Carlsbad police Dept resides in SAN Diego ,
(name)                            (County of residence)
and is employed as a Police Dept . This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: Failed to train OFFICERs properly

.

Defendant SEVERAL unknown OFFICERs resides in SAN Diego ,
(name)                            (County of residence)
and is employed as a Police officers . This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: Cruel And unusual punishment

.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: ___Cruel And unusal___
___PUNIShemeNt___

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:    [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

ON 7/12/24    I WAS VICIOUSLY Attacked By police K9 Dog without poseing Any type of threat to Myself or people Nearby, CAuseing serious wounds to My Buttocks Back legs And Arms. Poor Medical AttentioN WAS given to Me And I have been IN Sever PAIN And trauma Ever since

§ 1983 SD Form
(Rev. 8/15)

Count 2:  The following civil right has been violated: _____Right to Medical_____

(E.g., right to medical care, access to courts,

_____.

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:  [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

I did Not Recieve proper Medical care After Being Attacked By A vicious And wild Animal (K9) Which Are trained Animals to Attack Human Being is cruel And unusual punishment. I was Not A threat to Anyone And now I have seuce perminent skars And wounds For life, Cause post traumatic stress And other psychological problems. I Also Got Nerve Damaged From the Hand cuffs being extreamly tight after I reapeatedly asked to losen them up.

§ 1983 SD Form
(Rev. 8/15)

<u>Count 3</u>:  The following civil right has been violated:_____
                                                                (E.g., right to medical care, access to courts,

_____.
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:   [Include all facts you consider important to Count 3. State what happened clearly and in your own
words. You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to
violate the right alleged in Count 3.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____.

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? □ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____

_____.

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

_____.

(d) Issues raised: _____

_____

_____

_____

_____.

(e) Approximate date case was filed: _____.

(f) Approximate date of disposition: _____.

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes □ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not exhausted.

Multiple Med Request & DiNials

_____

_____

_____

_____

_____

_____

_____.

**E.  Request for Relief**

Plaintiff requests that this Court grant the following relief:

      1.  An injunction preventing defendant(s):

_____

_____

_____

_____.

      2.  Damages in the sum of $ _____ 4.1 Million _____

      3.  Punitive damages in the sum of $ _____ 2.2 Million _____

      4.  Other:_____

_____.

**F.  Demand for Jury Trial**

Plaintiff demands a trial by ☑ Jury  ☐ Court.  (Choose one.)

_____ 8/9/24 _____
Date

_____
Signature of Plaintiff



DOMINICK ESTRADA #2427020
00'5-45/VBP
451 RIVERVIEW PKWY #C
SANTEE, CA 92071

MLS P&DC 92199 ZIP
TUE 27 AUG 2024 FM

RECEIVED
AUG 30 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

CLERK OF U.S. DISTRICT COURT
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CA 92101

(A)   #9984